IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| HOSPIRA, INC., </br></br> Plaintiff </br></br> v </br></br> ALPHA AND OMEGA TRANSPORTATION SERVICES, INC., </br></br> Defendant. | CIVIL NO. 1:06-cv-74 |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Scott W. McMickle to appear as additional counsel for the defendant in this matter filed on May 2, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Scott W. McMickle is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: May 3, 2006

Dennis L. Howell
United States Magistrate Judge