# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06cv74

| | |
|---|---|
| HOSPIRA, INC., )<br>)<br>    Plaintiff, )<br>)<br>Vs. )<br>)<br>ALPHA AND OMEGA )<br>TRANSPORTATION SERVICES, INC., )<br>)<br>    Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on defendant's Motion for Reconsideration or, in the Alternative to Enlarge the Time in Which to Conduct Mediation. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Reconsideration is **DENIED**, and the Alternative Motion to Enlarge the Time in Which to Conduct Mediation (#31) is **GRANTED,** and the completion date for mediation in this matter is **ENLARGED** up to and inclusive of November 30, 2006.

Signed: November 13, 2006

Dennis L. Howell
United States Magistrate Judge