IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cv074

| | |
|---|---|
| HOSPIRA, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER CONCERNING** |
| v ) | **SEQUESTERING OF WITNESSES** |
| ) | |
| ALPHA AND OMEGA ) | |
| TRANSPORTATION SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**THE COURT** hereby enters an **ORDER** sequestering all witnesses for the plaintiff and the defendant. The witnesses of the plaintiff and the defendant will not be allowed to be in the courtroom or to discuss their testimony with each other outside of the courtroom from the time that testimony begins to be presented until a jury verdict has been rendered in this matter. The witnesses shall remain outside of the courtroom at all times. After testifying, they shall not discuss their testimony or the case with any other witness in any way, form or fashion.

Signed: April 20, 2007

_____
Dennis L. Howell
United States Magistrate Judge