# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

Case Number: 1:06cv74

Hospira, Inc.

    Plaintiff,

Vs.                                 **ORDER**

Alpha and Omega Transportation

    Defendant

FILED
ASHEVILLE, N.C.

APR 23 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 23rd day of April, 2007.

_____
United States Judge Presiding