# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:06cv74

| | |
|---|---|
| **HOSPIRA, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **JUDGMENT** |
| ) | |
| **ALPHA AND OMEGA** ) | |
| **TRANSPORTATION SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** having come before the court in accordance with 28, United States Code, Section 636(c), and all issues having been submitted to and tried by a jury, and the Verdict of the jury having been duly recorded and entered upon the record,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** in accordance with such Verdict that **JUDGMENT** be entered in favor of defendant and against plaintiff providing that plaintiff have and take nothing of defendant.

Signed: May 3, 2007

Dennis L. Howell
United States Magistrate Judge